FILED

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 19-0652

John M. SHEA,

                Plaintiff and Appellee,

-vs-

PAUL BABB,

                Defendant,

MONTANA MUNICIPAL
INSURANCE AUTHORITY,

                Defendant and Appellant,

and
JOHN DOES A-Z,

                Defendants

**Order Granting
Appellant MMIA's Unopposed
Motion for Extension of Time to
File Reply Brief**

Pursuant to Montana Rule of Appellate Procedure 26(1), Appellant Montana Municipal Insurance Authority (MMIA) filed an unopposed motion for a 30-day extension of time in which to file its reply brief. The brief is presently due March 26, 2020.

MMIA's motion is GRANTED and its opening brief is now due on or before

April 27, 2020.

DATED this _____ day of March, 2020.


By: _____

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 16 2020